**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01389-CV

**STEPHEN HOLLOWAY AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**PINWELL INVESTMENTS LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04637-C**

## ORDER

The court has reviewed the clerk's record and has determined that following the filing of the October 3, 2013 notice of appeal, appellant Holloway removed the case to the United States District Court for the Northern District of Texas by filing a notice of removal in the trial court on October 18, 2013 and by filing an amended notice of removal in the trial court on October 21, 2013. Pursuant to 28 U.S.C. §1446(d), once removal is effected, "the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d); *see Meyerland Co. v. Fed. Deposit Ins. Co,* 848 S.W.2d 82, 83 (Tex. 1993).

Accordingly, for administrative purposes, this case is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the case has been remanded and specifying what further action, if any, is required from this Court.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE